DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERTA SIRGUTZ,**
Appellant,

v.

**BRIAN SIRGUTZ, as Personal Representative of the ESTATE OF STANLEY SIRGUTZ,**
Appellee.

No. 4D18-1265

[November 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502015DR005549XXXXSB.

Esther A. Zaretsky of the Law Office of Esther A. Zaretsky, West Palm Beach, for appellant.

Brian M. Moskowitz of the Law Offices of Brian M. Moskowitz, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***